The People of the State of New York v. Walter Gallagher.— Motion granted in so far as to extend appellant's time within which to file the record on appeal and appellant's points to and including the 2d day of January, 1934, with notice of argument for January 17, .1934. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

John K. Ayew, as President of the Gold Coast Farmers Association, v. Willard Hawes & Co., Inc., and Others.— Motion granted in so far as to extend appellant's time in which to file the record on appeal and appellant's points to and including January 3, 1934, with notice of argument for January 18, 1934. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

John K. Ayew, as President of the Gold Coast Farmers Association, v. Willard Hawes & Co., Inc., and Others.— Motion denied, but without prejudice to a renewal if certification is not waived. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Joseph Macaluso, an Infant, etc., v. Bronx Natatorium and Beach Corporation.— Motion granted. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

Agnes Sullivan and John Sullivan v. Antonio Baglivi, Impleaded, etc.— Motion denied. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

Benjamin L. Goldstein v. Samuel W. Hurowitz, Impleaded, etc.—Application denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

A. M. Druckman, Inc., v. Mayflower Colonial Shops, Inc., a Foreign Corporation, etc.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Frank Pickett, a Voter, for an Order to Strike from the Register of Voters of the Twelfth Election District of the Twelfth Assembly District of the County of New York the Names of William Buckley and Others, Unlawfully Thereon, Pursuant to Section 331 of the Election Law.— Order modified by granting motion as to all the names included in petition, except James Barry, Carl Blythe, John Donovan and Walter Lindig, and by denying motion as to said four names; and as so modified affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of William J. Rackoff, a Voter, for an Order to Strike from the Register of Voters of the Fiftieth Election District of the Twelfth Assembly District of the County of New York the Names of Isabella Andrews and Others, etc.— Order reversed and motion granted. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of James Butler and Others, Respondents, against John Doe, Richard Roe, John Styles and John Brown, Whose True Names Are Unknown, Said Names Being Fictitious, etc., as Inspectors of Election in and for the Twelfth Election District of the Twelfth Assembly District of the County of New York and Constituting the Board of Elections of said Election District, Appellants.— Order modified by granting application only as to James Collins, Joseph Doyle, Edmund Duffy, Harry Freudenthal, Harry Gray, Richard S. Knoll, Curt J. Muller and Victor Young, and by denying the application to register as to the others; and as so modified affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.